UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JERRY ELKINS, | ) |
| Movant, | ) ) ) |
| v. | ) No. 4:20-cv-1653-SEP |
| UNITED STATES OF AMERICA, | ) ) ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

This closed case is before the Court on self-represented movant Jerry Elkins's motion to reconsider the Memorandum and Order and Order of Dismissal dated December 21, 2020. Doc. [8]. After reviewing the grounds raised by Mr. Elkins, the Court declines to alter or amend its December 21, 2020, judgment. Movant's motion does not point to any manifest errors of law or fact, or any newly discovered evidence. Instead, the motion revisits arguments that have already been made and raises unsubstantiated theories regarding the Court's motives, none of which provides this Court with any grounds to reconsider the dismissal of his motion to vacate, set aside or correct sentence.

Accordingly,

**IT IS HEREBY ORDERED** that Mr. Elkins's motion to reconsider the Memorandum and Order and Order of Dismissal dated December 21, 2020, is **DENIED**. Doc. [8]

Dated this 16th day of April, 2021.

*Sarah E. Pitlyk*

SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE